UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

DANTE MARTINEZ,

Defendant.

-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT A CRIMINAL
PROCEEDING**

**18-CR-445 (LTS)**

**Check Proceeding that Applies**

_____ Arraignment

I have been given a copy of the Probation Department's Violation of Supervised Release Report ("Violation Report") containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the Violation Report and to have the Violation Report read aloud to me if I wish. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

1) I have received and reviewed a copy of the Violation Report.
2) I do not need the judge to read the Violation Report aloud to me.

Date: _____ (as counsel + for Martinez)

Signature of Defendant

Dante Martinez

Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the Violation Report, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's physical absence.

_____

Signature of Defense Counsel

Darren L. Vern

Print Name

Date: 11/12/20

**Accepted:**

___/s/ Laura Taylor Swain____

Signature of Judge

Date: 11/16/2020