UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No. 18 crim 445 (LTS)

DANTE MARTINEZ

                    Defendant.

---------------------------------------------------------x

## **ORDER**

     ORDERED that pursuant to sentence of time served plus 8 days imposed today, the BOP is directed to produce Mr. Martinez to the U.S. Marshals Service for the S.D.N.Y. ( 500 Pearl Street, N.Y., N.Y. ) on June 11, 2021, for transfer to the Probation Department and placement in a Residential Reentry Center.

     SO ORDERED.

Dated: New York, New York
       June 3, 2021

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge