UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No.  18-CR-445-LTS

DANTE MARTINEZ,

       Defendant.

-------------------------------------------------------x

## ORDER

The conference in this case originally scheduled to proceed on September 16, 2021, at 11:00am in Courtroom 17C is hereby cancelled.  The parties are directed to provide a status update to the Court by September 29, 2021.

       SO ORDERED.

Dated: New York, New York
       September 15, 2021

                                                              __/s/ Laura Taylor Swain_____
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge