

Louis V. Fasulo, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

## MEMO ENDORSED

June 21, 2023

Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

  *Re:* *United States v. Dante Martinez (VOSR)*
    *Case No.: 18 Cr. 445 (LTS)*

Dear Judge Swain,

  I was assigned, pursuant to the Criminal Justice Act, to represent Dante Martinez. Mr. Martinez was arrested, per a Violation of Supervised Release, and has a conference scheduled before Your Honor on June 27. I have been in contact with the Government and we are working on a resolution in this matter. In furtherance of the same, we are contacting medical professionals to conduct an evaluation of Mr. Martinez. As a result, I respectfully request a 60-day adjournment of this matter.

  The Government has no objection to this request.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

The foregoing request is granted. The Court hereby schedules the next VOSR hearing in this matter for September 6, 2023, at 3:00PM. DE no. 89 resolved.
SO ORDERED.
6/22/2023
/s/ Laura Taylor Swain, Chief USDJ

Cc: AUSA

**225 Broadway, Suite 715**    **505 Eighth Avenue, Suite 300**   **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**   **New York, New York 10018**   **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**   **Tel (212) 967-0352**   **Tel (201) 569-1595**
**Fax (212) 566-8165**   **Fax (201) 596-2724**   **Fax (201) 596-2724**