UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

      Plaintiff,

 -v-                                                  No.  18 CR 445-LTS

DANTE MARTINEZ,

      Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the Federal Bureau of Prison's ("BOP") Competency to Stand Trial Evaluation (the "Evaluation") for Dante Martinez.  The Evaluation will be provided to the parties and filed under seal.

There is a conference scheduled in this matter on **November 27, 2023, at 2:30 p.m.**  At that conference, the Court will hear the parties on the questions of whether Mr. Martinez is mentally competent to undergo post release proceedings, and, if the Court determines that he is not, whether Mr. Martinez should be committed to the BOP for restoration to competency pursuant to 18 U.S.C. section 4241(d).  The parties are hereby directed to make any further written submissions for consideration and identify any witnesses they expect to present in connection with the Court's determination by **November 20, 2023**.

     SO ORDERED.

Dated: New York, New York
       November 3, 2023

                                                        /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge