UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No. 18-CR-445-LTS

DANTE MARTINEZ,                                        ORDER

          Defendant.

-------------------------------------------------------x

A status conference in this case is scheduled to proceed on **July 18, 2024, at 2:30 p.m.**, in Courtroom 17C.

The parties are directed to meet and confer and to submit a joint status report with the parties' positions on appropriate next steps, and any additional documents they would like the Court to consider during or in connection with the proceeding, by **July 15, 2024, at 12:00 p.m.**

SO ORDERED.

Dated: New York, New York                 /s/ Laura Taylor Swain
        May 22, 2024                               LAURA TAYLOR SWAIN
                                                       Chief United States District Judge