

**MEMO ENDORSED**

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

March 4, 2025

Hon. Laura T. Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Dante Martinez*
      *Case No.: 18 Cr. 445*

Dear Judge Swain,

In response to Your Honor's Order dated 11/12/24, the parties have conferred and hereby submit this joint letter regarding the status of Dante Martinez. We have reached out to medical personnel at Mr. Martinez's current facility. However, we have not received a response regarding his most recent medical and/or psychological status. As a result, we respectfully request a 30-day adjournment of the status conference presently scheduled for March 12, so that we may continue to reach out to the facility and obtain an updated medical status report.

The Government has no objection to this request.

We thank the Court for its consideration.

Respectfully submitted,

The foregoing request is granted.  The conference scheduled in the above-captioned case is hereby adjourned until **April 15, 2025, at 12:00 p.m.** DE 111 resolved.
SO ORDERED.
3/04/2025
/s/ Laura Taylor Swain, Chief USDJ

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:   AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Page 1 of 1