

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

July 8, 2025

Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Dante Martinez*
      Case No.: 18 Cr. 445

Dear Judge Swain,

   I am the attorney assigned to represent Dante Martinez in a hearing on a Violation of Supervised Release scheduled for July 16, 2025, at 2:30. The Government and Defense counsel are jointly requesting that the scheduled hearing be adjourned until the third week in September, as both sides are working on next steps. Today we received an update from the medical team at Buckner Correctional Institution which both sides are evaluating. The adjournment would provide sufficient time to review viable solutions and achieve a proposed resolution that would then be presented to the court.

   We propose either the 22nd, 23rd, or the 25th of September for the next court appearance.

   We thank the Court for its consideration.

Respectfully submitted,

The foregoing request is granted.  The hearing on a Violation of Supervised Release is hereby adjourned from July 16, 2025 to **September 23, 2025 at 12:00 pm**.

SO ORDERED
7/9/2025
/s/ Laura Taylor Swain, Chief USDJ

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc: AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165