UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No. 18-CR-445-LTS-1

DANTE MARTINEZ,                             ORDER

        Defendant.

-------------------------------------------------------x

        The hearing on Violation of Supervised Release in this matter is hereby adjourned until **2:30 pm on November 18, 2025**. The hearing will be conducted in **Courtroom 17C**.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
       September 30, 2025                       LAURA TAYLOR SWAIN
                                                     Chief United States District Judge