UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                     No.   18-CR-445-LTS

DANTE MARTINEZ,

      Defendant.

--------------------------------------------------------x

<u>ORDER</u>

There is a pretrial conference scheduled in this matter for Thursday, January 15, 2026 at 2:30 pm.  The Court has been informed that Mr. Martinez's ability to appear in person for conferences scheduled in the Southern District of New York will be significantly delayed because of transportation issues.  The January 15th conference will go forward to discuss scheduling and logistical matters, and Counsel are directed to appear in person in Courtroom 17C.  The Government is directed to make arrangements with the Bureau of Prisons to enable Mr. Martinez to participate in the conference remotely by Microsoft Teams through a link to be provided to the parties by the Court via email.  To provide Mr. Martinez adequate time to confer with his counsel before the hearing, the Government is directed to arrange for his participation at 2:00 pm, and Defense Counsel is directed to appear in Courtroom 17C no later than that 2:00 pm to confer with Mr. Martinez.

     SO ORDERED.

Dated: New York, New York
      January 9, 2026

                                     /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge