UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES


                        -v-                                                No.   18-CR-445-LTS


DANTE MARTINEZ,

           Defendant.

---------------------------------------------------------x

                                    ORDER

           Mr. Martinez was returned to the Southern District of New York on February 10,

2026 and is currently in custody at the Metropolitan Detention Center ("MDC"), Brooklyn.

Because the Court has been made aware that Mr. Martinez's condition has deteriorated since his

return to this District, counsel and the Probation Officer assigned to Mr. Martinez's case are

hereby ordered to appear in Courtroom 17C for a conference on **March 5, 2026** at **12:30 pm**.

The Government is directed to arrange for the presence and participation of MDC and/or Federal

Bureau of Prison representatives who are responsible for Mr. Martinez's administrative situation

and medical care.  The Government is further directed to arrange for Mr. Martinez's production

for the conference.  If despite its best efforts the Government is unable to arrange for Mr.

Martinez's in person or remote participation, the hearing shall go forward for the contemplated

discussion of status, scheduling and logistical matters.  See Fed. R. Crim. P. 43.

This Order resolves docket entry no. 125.

SO ORDERED.

Dated: New York, New York
       March 2, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge