UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

    -v-                                      No.  18-CR-445-LTS

DANTE MARTINEZ,

       Defendant.

--------------------------------------------------------x

<u>ORDER</u>

On March 3, 2026, the Court received a letter submission from the Government, which the Government has requested be maintained under seal due to the inclusion of confidential medical and operational information.[1]  The Court has ordered the Government to arrange for the appearance of certain MDC and/or BOP personnel at the conference scheduled on March 5, 2026.  (<u>See</u> docket entry no. 126.)  In its sealed letter, the Government requested that these personnel be permitted to appear remotely.  That request is hereby granted, and Chambers will reach out to the parties with appropriate information to enable the  remote participation of the MDC and/or BOP personnel.

The Court has also received Defense Counsel's letter requesting an evaluation of Mr. Martinez's current psychological status.  For the avoidance of doubt, the Court understands Defense Counsel's request as seeking an outside examination by an independent provider to

---

[1]    The Government's request for sealing of the letter submission and accompanying exhibits is granted.  To effectuate proper sealing, the Government is directed to promptly bring copies of the letter submission and accompanying exhibits to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

make a prompt assessment of Mr. Martinez's current psychological condition in aid of continuity of care, and not as a request for a further competency examination by the Bureau of Prisons.  The Court will address Defense Counsel's letter motion at the upcoming conference.


       SO ORDERED.

Dated: New York, New York
       March 4, 2026


       /s/ Laura Taylor Swain
       LAURA TAYLOR SWAIN
       Chief United States District Judge