UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,                                  Crim. No.: 18 Cr. 445 (LTS)

                        Plaintiff,                         ORDER

v.

DANTE MARTINEZ,

                        Defendant.
--------------------------------------------------------X

## ORDER SETTING
## CONDITIONS OF RELEASE

**WHEREAS**, the defense has applied for release of Mr. Martinez from consent detention, restoring him to supervision under modified conditions pending resolution of violations of supervised release;

**WHEREAS**, the Court has considered the factors set forth in 18 U.S.C. § 3142(g), 18 U.S.C. § 3143(a), 18 U.S.C. § 3583(c), 18 U.S.C. § 3583(d), and 18 U.S.C. § 3583(e), including the nature and circumstances of the offense charged, the weight of the evidence, the amount of detention time the defendant has served, the history and characteristics of the Defendant (including the Defendant's medical condition and acute mental-health needs), and the nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release, and the need to provide the defendant with needed medical care in the most effective manner;

**WHEREAS**, the Court finds that it would serve the interests of justice and Defendant's health and wellbeing to release him from his current detention on consent, subject to modified conditions of supervised release, including conditions requiring him to undergo needed mental health evaluation and treatment; and

**WHEREAS**, the Court finds by clear and convincing evidence that that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if Defendant is released subject to the conditions set forth herein;

1

**IT IS HEREBY ORDERED** that the Defendant shall be released from MDC Brooklyn to resume Probation Office supervision pending the resolution of the violation specifications, subject to the following modifications of the supervision conditions set forth in the Judgment dated June 3, 2021 (docket entry no. 82):

1. **Probation Office Supervision**

   The Defendant shall be under the resumed supervision of the United States Probation Office for the Southern District of New York and shall report to his Probation Officer within 72 hours from his release from inpatient treatment pursuant to this order (or as otherwise directed).

   The Defendant shall comply with all instructions and directives of his Probation Officer.

2. **Mental Health Evaluation and Treatment at Bellevue Hospital**

   The Defendant shall be released from custody and immediately transported and escorted by Emergency Medical Services (EMS) directly to NYC Health + Hospitals/Bellevue (Bellevue Hospital Center, 462 First Avenue, New York, NY 10016) for a comprehensive psychiatric evaluation and any necessary inpatient or outpatient mental health treatment.

   The evaluation and treatment shall address the Defendant's current condition and any related or co-occurring mental health conditions, including but not limited to crisis stabilization, medication management, therapy, and any other clinically indicated services.

   The Defendant shall remain at Bellevue Hospital, or in any program or facility to which Bellevue clinicians refer or transfer the Defendant, until the treating clinicians determine, in consultation with the Probation Office, that the Defendant may be safely discharged.

   The Defendant shall fully comply with all rules, regulations, treatment plans, and recommendations of Bellevue Hospital and its treating providers, including taking all prescribed medications, attending all appointments and sessions, and participating in recommended therapy or counseling.

   The Probation Office shall supervise the Defendant's participation in the evaluation and treatment in coordination with Bellevue Hospital clinicians.

3. **Reporting Upon Release from Inpatient Mental Health Program**

   Upon discharge or release from Bellevue Hospital or any subsequent inpatient or residential mental health program, the Defendant shall immediately report in person to Probation and shall appear before this Court as directed for a status conference to review and, if appropriate, modify these conditions of release.

4. **Continuation of Previously Imposed Conditions**

   The Defendant shall comply with all previously set conditions of supervised release, as set forth in docket entry no. 82, except as specifically modified herein.

**IT IS FURTHER ORDERED** that any violation of these conditions may result in the revocation of the Defendant's release, the issuance of a warrant, and such other sanctions as the Court deems appropriate.

**IT IS FURTHER ORDERED** that the Probation Office shall promptly notify the Court and counsel of any material change in the Defendant's compliance with these conditions or mental-health status.

**IT IS FURTHER ORDERED** that, within 7 (seven) days from the date hereof, in coordination with the MDC, Probation, Counsel for the Defendant and EMS shall arrange for the Defendant's release and escorted transport from custody to Bellevue Hospital.

**SO ORDERED.**

Dated: New York, New York
      April 2, 2026

_____
Hon. Laura Taylor Swain
Chief United States District Judge for the
Southern District of New York

3