UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANTE MARTINEZ<br><br>              Defendant. | 1:18-CR-445-LTS |

ORDER

Following a hearing on April 2, 2026, the Court ordered that Mr. Martinez's conditions of supervised release be modified to allow him to be released to the custody of Emergency Medical Services, who would then transport him to NYC Health + Hospitals/Bellevue for further medical treatment.  (See docket entry no. 135.)  The Court also ordered the parties to provide a joint status report one month after the hearing.  The Court has received the parties' Joint Status Report dated May 4, 2026 (the "Report"), which jointly requests that Court dismiss the specifications of violation of supervised release brought against Mr. Martinez.[1]  The SDNY Probation Office has indicated that it does not oppose the parties' request.

The Report details the intensive treatment and support Mr. Martinez is receiving at Bellevue Hospital under the care of medical professionals and social workers, and it explains that Mr. Martinez requires significant additional treatment before he can safely be discharged. Before Mr. Martinez was transferred to Bellevue Hospital, however, he spent nearly three years

---

[1]     The parties request that they be permitted to maintain the Report under seal due to the sensitive medical information contained therein.  That request is hereby granted.

in federal custody, which is longer than the maximum statutory period for his specifications. The Court had imposed a two-year term of supervised release on Mr. Martinez on June 3, 2021; but for his pending violation specifications, his current term of supervision would have terminated on June 3, 2023.  (See docket entry no. 82.)  The resolution of those specifications has been delayed for years in an effort to restore Mr. Martinez's competency to stand trial. Given the significant period of further hospitalization that Mr. Martinez will likely require still to restore his competency and the lengthy period he has already spent with restraints to his liberty, the Court finds that dismissal of the pending specifications is appropriate and that continued supervision is unwarranted at this time.

Accordingly, the Court grants the parties' joint request for dismissal of Mr. Martinez's pending violation specifications and orders the termination of his period of supervised release, effective immediately.

SO ORDERED.

Dated: New York, New York
        May 12, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge